428 A.2d 241

Commonwealth v. Frankhouser, Appellant.

Submitted March 21, 1980.  Kevin H. Way, Assistant Public Defender, for appellant;  William S. Kieser, District Attorney, for Commonwealth, appellee.

Before HESTER, WICKERSHAM and LIPEZ, JJ.

Judgment of sentence affirmed.

428 A.2d 241

Commonwealth v. Gantt, Appellant.

Submitted November 16, 1979.  Michael H. Sable, for appellant;  Robert L. Eberhardt, Assistant District Attorney, for Commonwealth, appellee.

Before CERCONE, P. J., and MONTGOMERY and LIPEZ, JJ.

Judgment of sentence affirmed.